UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**FILED**

FEB 1 4 2013

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                             INDICTMENT NO. 13-CR-8-ART-CJS

DAMON HELTON,
JOHN HELTON,
TABATHA BALES,
JAROD BATES,
    aka JT,
CHRISTY BROOKS,
SANDRA CADLE,
BILLY EARLS,
JAMES EARLS,
CHRISTOPHER EDWARDS,
BRANDON ESTRADA,
ANTHONY FILICE,
DEBORAH HELTON,
HOLLY HELTON,
    aka HOLLY YOUNG,
JESSICA HELTON,
RAYMON HELTON,
    aka RAYMOND HELTON,
THOMAS HELTON,
BRITTANY HODGE,
DARYL ISBEL,
TIMMY ISBEL,
RAY KILBURN,
DANIEL LIST,
ARTHUR PENROD,
WILLIAM REAM,
RICHARD REDDEN,
HAROLD RUSSELL,
    aka WAYNE RUSSELL,
NICHOLAS SANDLIN,
JOHN SIPE,
ROBERT TAYLOR,
TAMARA TERRY,

MATTHEW WHITE,
MICHAEL WRIGHT,
JOSHUA YANCY,
JAY YOUNG, and
ROBERT ZIMPLEMAN

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

From on or about January 1, 2010, and continuing through February 14, 2013, in

Kenton County, in the Eastern District of Kentucky, and elsewhere,

DAMON HELTON,
JOHN HELTON,
TABATHA BALES,
JAROD BATES,
aka JT,
CHRISTY BROOKS,
SANDRA CADLE,
BILLY EARLS,
JAMES EARLS,
CHRISTOPHER EDWARDS,
BRANDON ESTRADA,
ANTHONY FILICE,
DEBORAH HELTON,
HOLLY HELTON,
aka HOLLY YOUNG,
JESSICA HELTON,
RAYMON HELTON,
aka RAYMOND HELTON,
THOMAS HELTON,
BRITTANY HODGE,
DARYL ISBEL,
TIMMY ISBEL,
RAY KILBURN,
DANIEL LIST,
WILLIAM REAM,
RICHARD REDDEN,
HAROLD RUSSELL,

aka **WAYNE RUSSELL**,
**NICHOLAS SANDLIN**,
**JOHN SIPE**,
**ROBERT TAYLOR**,
**TAMARA TERRY**,
**MATTHEW WHITE**,
**MICHAEL WRIGHT**,
**JOSHUA YANCY**,
**JAY YOUNG**, and
**ROBERT ZIMPLEMAN**

did conspire with each other and others to knowingly and intentionally distribute, and possess with intent to distribute, a quantity of oxycodone, a Schedule II controlled substance, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about June 4, 2012, in Kenton County, in the Eastern District of Kentucky,

### JAMES EARLS

did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about June 6, 2012, in Kenton County, in the Eastern District of Kentucky,

### DAMON HELTON

did knowingly and intentionally possess with intent to distribute a quantity of oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about August 17, 2012, in Kenton County, in the Eastern District of Kentucky,

### JAMES EARLS

did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about October 5, 2012, in Campbell County, in the Eastern District of Kentucky,

### DAMON HELTON

did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 846

From on or about December 20, 2012, and continuing through February 14, 2013, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

### DAMON HELTON,
### JOHN HELTON,
### CHRISTOPHER EDWARDS,
### JESSICA HELTON,
### THOMAS HELTON,
### ARTHUR PENROD, and
### NICHOLAS SANDLIN

did conspire with each other and others to knowingly and intentionally distribute, and possess with intent to distribute, a quantity of marijuana, a Schedule I controlled substance, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 7
## 21 U.S.C. § 841(a)(1)

On or about December 20, 2012, in Kenton County, in the Eastern District of Kentucky,

### DAMON HELTON

did knowingly and intentionally possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 8
## 21 U.S.C. § 841(a)(1)

On or about December 21, 2012, in Kenton County, in the Eastern District of Kentucky,

### ARTHUR PENROD

did knowingly and intentionally possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

In committing the felony offenses alleged in Counts 1 through 8 of this Indictment, the same being punishable by imprisonment for more than one year, the below-described property was used and intended for use to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the

aforesaid violations of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), including, but not limited to, the following:

### REAL PROPERTY:

1. 2108 Lawn Avenue, Cincinnati, OH, Parcel ID 651-0008-0022-00, owned by Damon Helton;
2. 5640 Prosser Street, Cincinnati, OH, Parcel ID 661-0003-0099-00, owned by Damon Helton;
3. 17 Linden Street, Cincinnati, OH, Parcel ID 661-0002-0392-00, owned by Damon Helton;
4. 114 Township Avenue, Cincinnati, OH, Parcel ID 661-0002-0366-00, owned by Damon Helton;
5. 4115 Flower Avenue, Cincinnati, OH, Parcel ID 179-0078-0192-00, owned by Damon Helton;
6. 6418 Vine Street, Cincinnati, OH, Parcel ID 661-0002-0006-00, owned by Damon Helton;
7. 2879 Jonrose Avenue, Cincinnati, OH, Parcel ID 510-0071-0271-00, owned by Damon Helton;
8. 1041 Wells Street, Cincinnati, OH, Parcel ID 174-0008-0086-00, owned by Holly Helton;
9. 1230 Lee Street, Covington, KY, Parcel ID 054-22-20-010.00, owned by Damon Helton;
10. 765 Wells Street, Cincinnati, OH, Parcel ID 176-0024-0044-00, owned by Holly Helton;
11. 4116 Flowers Avenue, Cincinnati, OH, Parcel ID 179-0078-0554-00, owned by Holly Helton;

### CURRENCY:

1. $10,000.00 in United States currency seized on December 21, 2012;
2. $1,570.00 in United States currency seized on December 21, 2012; and
3. $3,040.00 seized on June 6, 2012.

**MOTOR VEHICLES:**

1. 2009 Mercedes-Benz C300 with Ohio license plate HHELTON and vehicle identification number WDDGF54X59R040945 owned by Damon Helton;
2. 2009 Hyundai Elantra with Ohio license plate FJA1079 and vehicle identification number KMHDU46D29U607025 owned by Damon Helton;
3. 2005 Ford F350 Super Duty truck with Ohio license plate FNW9905 and vehicle identification number 1FTWF31YX5EA75314 owned by Damon Helton;
4. 2010 Chevrolet truck with Ohio license plate FTN2567 and vehicle identification number 1GCSKSEA1AZ167254 owned by John Helton;
5. 2002 Chrysler Town & Country Van with Ohio license plate FCG2422 and vehicle identification number 2C4GP44302R716072 owned by John Helton;
6. 2005 Chrysler sedan with Ohio license plate FHT3152 and vehicle identification number 2C3JA63H15H577519 owned by Jay Young;
7. 2000 Chevrolet van with Kentucky license plate 961MVW and vehicle identification number 1GBFG15R1Y1109936 owned by Marcella Wright;
8. 2004 Chevrolet sedan with Kentucky license plate 534HVT and vehicle Identification number 2G1WZ151549206278 owned by Marcella Wright;

**MONEY JUDGMENT:**

$1,825,510.00, which sum represents the gross proceeds in aggregate obtained by the Defendants as the result of the aforesaid violation, and for which the Defendants are jointly and severally liable.

By virtue of the commission of the felony offenses charged in Counts 1 through 8 of this Indictment, any and all interest **DAMON HELTON, JOHN HELTON, TABATHA BALES, JAROD BATES, aka JT, CHRISTY BROOKS, SANDRA CADLE, BILLY EARLS, JAMES EARLS, CHRISTOPHER EDWARDS, BRANDON ESTRADA, ANTHONY FILICE, DEBORAH HELTON, HOLLY HELTON, aka HOLLY YOUNG, JESSICA HELTON, RAYMON HELTON, aka RAYMOND HELTON, THOMAS HELTON, BRITTANY HODGE, DARYL ISBEL, TIMMY ISBEL, RAY KILBURN, DANIEL LIST, ARTHUR PENROD, WILLIAM REAM, RICHARD REDDEN, HAROLD RUSSELL, aka WAYNE**

**RUSSELL, NICHOLAS SANDLIN, JOHN SIPE, ROBERT TAYLOR, TAMARA TERRY, MATTHEW WHITE, MICHAEL WRIGHT, JOSHUA YANCY, JAY YOUNG, and ROBERT ZIMPLEMAN** have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

If any of the property listed above, as a result of any act or omission of the Defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred to, sold to, or deposited with a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property in which the above Defendants have an interest in, up to the value of the money judgment described above, and any other property of the Defendants not specifically listed in the Indictment.

                                                                **A TRUE BILL**

_[signature]_
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 - 5:** Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years supervised release.

**If a prior drug felony**, not more than 30 years imprisonment, a fine of not more than $2,000,000, and at least 6 years supervised release.

**COUNTS 6 - 8:** Not more than 5 years imprisonment, a fine of not more than $250,000, and at least 2 years supervised release.

**If a prior drug felony**, not more than 10 years imprisonment, a fine of not more than $500,000, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Forfeiture of the listed items.

**PLUS:** Restitution, if applicable.