# U.S. District Court Eastern District of Kentucky

# *Criminal Case Assignment*

Case number **2:13-CR-8**

Assigned : Judge Amul R Thapar
Judge Code : 4317

Designated Magistrate Judge : Candace Smith
Magistrate Judge Code : 43AQ

Assigned on 02/14/2013

Request New Judge